Form clsnodsc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

**In re:   Case No.:   09−20426 PM     Chapter:   7**

Rhonda Michele Steward
Debtor(s)

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 9/16/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, S McKenna 301−344−3390